IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 08-cv-01917-BNB

SHAWN P. WILLIAMS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Shawn P. Williams, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on September 8, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Williams to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The September 8, 2008, order pointed out that Mr. Williams failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The September 8 order also pointed out that Mr. Williams failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Williams that if he failed to cure the designated deficiencies within

thirty days, the action would be dismissed without prejudice and without further notice. Mr. Williams has failed within the time allowed to cure the deficiencies listed in the September 8 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 20 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01917-BNB

Shawn P. Williams
Reg. No. 09915-036
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk